UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LORENZO ALLEN MORRIS,

          Plaintiff,

v.

DAMON SEWELL, *et al.*,

          Defendants.
_____/

Case No. 20-cv-13240

Paul D. Borman
United States District Judge

Jonathan J.C. Grey
United States Magistrate Judge

**ORDER
(1) ADOPTING MAGISTRATE JUDGE JONATHAN J.C. GREY'S OCTOBER 26, 2021 REPORT AND RECOMMENDATION (ECF NO. 20);
AND
(2) DISMISSING DEFENDANT KEITH JANUARY**

On October 26, 2021, Magistrate Judge Jonathan J.C. Grey issued a Report and Recommendation to dismiss Defendant Keith January for failure to prosecute, under Fed. R. Civ. P. 41(b) and E.D. Mich. L.R. 41.2, and for failure to timely effect service under Fed. R. Civ. P. 4(m). (ECF No. 20, Report and Recommendation.)

Having reviewed the Report and Recommendation, and there being no timely objections from any party under 28 U.S.C. § 636(b)(1) and E.D. Mich L. R. 72.1(d), the Court ORDERS that:

(1) Magistrate Judge Grey's October 26, 2021 Report and Recommendation (ECF No. 20) is ADOPTED; and

(2) Defendant Keith January is DISMISSED.

This Order does not resolve all pending claims and does not close this case.

IT IS SO ORDERED.

Dated: November 18, 2021

s/Paul D. Borman  
Paul D. Borman  
United States District Judge